David C. Smith, Attorney
201 Saint Helens Ave
Tacoma, WA 98402
253-272-4777 ph
253-533-2656 fax

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>PAMELA BURGE<br><br>                            Debtor. | CHAPTER 7<br><br>NO. 24-41941-MJH<br><br>ADVERSARY NO. 24-04082-MJH |
| DELANE SCHULZE,<br><br>                            Plaintiff,<br>     v.<br><br>PAMELA BURGE, individually; and PAMELA BURGE, Successor Trustee of the Schulze Family Revocable Living Trust Dated September 24, 1999<br><br>                            Defendants. | NOTICE REGARDING FINAL ADJUDICATION AND CONSENT RE: COMPLAINT |

Pursuant Local Rule 7012-1, all interested parties are notified:

1. This matter requires consent of each of the parties to the entry of final orders or judgment by the Bankruptcy Judge.

2. Failure by a party to file such a notice within the time period fixed by local rule or by the Bankruptcy Court shall be deemed consent for the Bankruptcy Judge to enter final orders and judgment. The Bankruptcy Judge may set a hearing to determine his ability to enter final

NOTICE REGARDING FINAL
ADJUDICATION AND CONSENT
Page 1 of 2

Law Offices of David Smith
201 Saint Helens Ave
Tacoma, WA 98402
Phone (253)272-4777
Fax (253)533-2656

orders and adjudication.

3. Pamela Burge hereby consents to final adjudication or entry of final judgment by a Bankruptcy Judge for the complaint herein.

Respectfully submitted this 2nd day of January, 2025.

LAW OFFICES OF DAVID SMITH, PLLC

__/s/ David C. Smith_____
David C. Smith, WSBA #29824
Attorney for Plaintiff

NOTICE REGARDING FINAL
ADJUDICATION AND CONSENT
Page 2 of 2

Law Offices of David Smith
201 Saint Helens Ave
Tacoma, WA 98402
Phone (253)272-4777
Fax (253)533-2656